Eric B. Fastiff (State Bar No. 182260)
efastiff@lchb.com
David T. Rudolph (State Bar No. 233457)
drudolph@lchb.com
Katherine C. Lubin (State Bar No. 259826)
klubin@lchb.com
Patricia A. Dyck (State Bar No. 288600)
pdyck@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

*Attorneys for Individual and Representative Plaintiffs*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| DENNIS KUNKEL, DAVID WROBEL and JOHN CUNNINGHAM, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN WILEY & SONS, INC.,<br><br>Defendant. | Case No.  14-cv-3180-JSW<br><br>**STIPULATION TO FILE FIRST AMENDED COMPLAINT, TO EXTEND TIME TO RESPOND, AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES; [PROPOSED] ORDER**<br><br>**[Civ. L.R. 6-2 and 16-2(e)]**<br><br>Initial CMC Date: October 17, 2014<br>Time:             11:00 a.m.<br>Place:            Courtroom 5, 2nd Floor<br>Judge:            Hon. Jeffrey S. White<br>Trial Date:       None Set |

On July 14, 2014, Plaintiffs Dennis Kunkel, David Wrobel, and John Cunningham filed a class action Complaint against Defendant John Wiley & Sons, Inc. ("Wiley") in the above-captioned case (Dkt. 1).

On August 5, 2014, the parties filed a joint stipulation to extend the time for Wiley to respond to the Complaint to September 5, 2014 (Dkt. 13).

Plaintiffs now seek to file a First Amended Complaint ("FAC") pursuant to Federal Rule

- 1 -
STIPULATION TO FILE FIRST AMENDED COMPLAINT, TO EXTEND TIME TO RESPOND, AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES; [PROPOSED] ORDER  — CASE NO. 14-CV-3180-JSW

1 of Civil Procedure 15(a).

2     In light of the anticipated filing of the FAC, the parties desire to continue the Initial Case Management Conference currently scheduled for October 17, 2014 at 11:00 a.m. to allow Plaintiffs to file the FAC and Wiley to file its responsive pleading before the Court conducts the Initial Case Management Conference.

    The parties have agreed to continue the Initial Case Management Conference to December 12, 2014 at 11:00 a.m. The parties have reviewed the Court's Calendar and Scheduling Notes and determined the December 12, 2014 date is available for this case, which has a terminal digit of 0 (zero).

    NOW THEREFORE, Plaintiffs and Wiley hereby stipulate and agree as follows:

1. Plaintiffs shall file a First Amended Complaint by October 6, 2014.
2. Wiley's responsive pleading shall be due thirty (30) days after the First Amendment Complaint is filed.
3. The Initial Case Management Conference is continued to December 12, 2014 at 11:00 a.m. in Courtroom 5 of the above-captioned court.
4. All dates relating to the parties' obligations to engage in a Meet and Confer, provide Initial Disclosures, to commence discovery, and to prepare a Case Management Statement under Federal Rules of Civil Procedure Rule 26 and the Northern District of California Civil Local Rules shall be continued and flow from the December 12, 2014 Initial Case Management Conference date.
5. This stipulation is without prejudice to the rights, claims, or defenses of any party.

///
///
///
///
///
///
///

- 2 -

STIPULATION TO FILE FIRST AMENDED COMPLAINT, TO EXTEND TIME TO RESPOND, AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES; [PROPOSED] ORDER — CASE NO. 14-CV-3180-JSW

6. Pursuant to Civil Local Rule 6-2 and 16-2, this is the first stipulation between the parties to continue the hearing date on the Initial Case Management Conference. No trial date has been set in this case.

IT IS SO STIPULATED.

Dated: September 4, 2014    By:    */s/ Eric B. Fastiff*
                                   Eric B. Fastiff

Eric B. Fastiff (State Bar No. 182260)
efastiff@lchb.com
David T. Rudolph (State Bar No. 233457)
drudolph@lchb.com
Katherine C. Lubin (State Bar No. 259826)
klubin@lchb.com
Patricia A. Dyck (State Bar No. 288600)
pdyck@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Jonathan D. Selbin (State Bar No. 170222)
jselbin@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

Maurice Harmon
HARMON & SEIDMAN LLC
maurice@harmonseidman.com
11 Chestnut Street
New Hope, PA 18938
Telephone: (215) 693-1953
Facsimile: (970) 245-8086

Christopher Seidman (State Bar No. 98884)
HARMON & SEIDMAN LLC
chris@harmonseidman.com
101 South Third Street, Suite 265
Grand Junction, CO 81501
Telephone: (970) 245-9075
Facsimile: (970) 245-8086

*Attorneys for Individual and Representative Plaintiffs*

- 3 -
STIPULATION TO FILE FIRST AMENDED COMPLAINT, TO EXTEND TIME TO RESPOND, AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES; [PROPOSED] ORDER — CASE NO. 14-CV-3180-JSW

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: September 4, 2014 | By:   */s/ Joseph E. Addiego III* |
| 3 | | Joseph E. Addiego III |

Joseph E. Addiego III (State Bar No. 169522)
joeaddiego@dwt.com
Sanjay M. Nangia (State Bar No. 264986)
sanjaynangia@dwt.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:(415) 276-6500
Facsimile: (415) 276-6599

Marisa Office (*Pro Hac Vice*)
moffice@lskslaw.com
Robert Penchina (*Pro Hac Vice*)
rpenchina@lskslaw.com
LEVINE SULLIVAN KOCH AND SCHULZ, LLP
321 W. 44th Street, Suite 1000
New York, NY 10036
Telephone: (212) 850-6109
Facsimile:  (212) 850-6299

*Attorneys for John Wiley & Sons, Inc.*

ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Eric B. Fastiff, hereby attest that concurrences in the filing of this document have been obtained from each of the signatories.

By:   */s/ Eric B. Fastiff*
Eric B. Fastiff

**[PROPOSED] ORDER**

Pursuant to stipulation, the foregoing is approved and IT IS SO ORDERED.

DATED: September 5, 2014

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE