# EXHIBIT A

| | Image | Owner / Description | Image ID/Registration Info. | Invoice | Imprint | Publication | License Limits |
|---|---|---|---|---|---|---|---|
| A 1 | | Dennis Kunkel Microscopy, Inc. *T4 Bacteriophage, a DNA virus* | Image ID: 283790 (VU) 58579a (DKMI) Registration. Cert. No.: VAu 751-372; VA 1-895-521 Date of Reg.: 6/22/2007; 2/10/2014 | Invoice No. 32370 Dated 9/26/2005 | John Wiley & Sons, Inc. | Concepts in Biochemistry 3/e by Boyer; 2006; 9780471661795 | 20,000; 1/4 page; World; Eng.; Password Protected Website & IRCD uses count toward 20,000 print run; New |
| A 2 | | Dennis Kunkel Microscopy, Inc. *Transmission electron Microscopy of division of Escherichia coli - TEM 31,367x repeat of Figure* | Image ID: 284561 (VU) 69091jwa (DKMI) Registration. Cert. No.: VAu 751-372; VA 1-895-508 Date of Reg.: 6/22/2007; 2/10/2014 | Invoice No. 31133 Dated 9/30/2004 | John Wiley & Sons, Inc. | Microbiology: Principles and Explorations 6/e by Black; 2004; 9780471420842 | 100,000; 1/4 page; North America; All Languages; e-book & web uses included and count toward 100,000 reproduction limit; Reuse |
| A 3 | | Dennis Kunkel Microscopy, Inc. *Transmission electron Microscopy of division of Escherichia coli - TEM 31,367x repeat of Figure* | Image ID: 284561 (VU) 69091jwa (DKMI) Registration. Cert. No.: VAu 751-372; VA 1-895-508 Date of Reg.: 6/22/2007; 2/10/2014 | Invoice No. 31134 Dated 9/30/2004 | John Wiley & Sons, Inc. | Microbiology: Principles and Explorations 6/e CD-Rom by Black; 2004 | 1,500 CD Rom print run; 1/4 page; North America; Eng.; Reuse |
| A 4 | | Dennis Kunkel Microscopy, Inc. *Tissue macrophages, two T lymphocytes, and human red blood cells, erythrocytes, from a leg wound* | Image ID: 468549 (VU) 21361c (DKMI) Registration. Cert. No.: VAu 751-372; VA 1-895-092 Date of Reg.: 6/22/2007; 2/10/2014 | Invoice No. 35898 Dated 7/6/2009 | John Wiley & Sons, Inc. | Visualizing Nutrition 1/e by Grosvenor; 2010; 9780470197585 | 40,000; 1/4 page; World; Eng.; e-book & web uses included and count toward 40,000 print run; New |
| A 5 | | Dennis Kunkel Microscopy, Inc. *Red blood cells in the Rouleau formation* | Image ID: 532029 (VU) 26294a (DKMI) Registration. Cert. No.: VAu 751-372; VA 1-894-454 Date of Reg.: 6/22/2007; 2/10/2014 | Invoice No. 35898 Dated 7/6/2009 | John Wiley & Sons, Inc. | Visualizing Nutrition 1/e by Grosvenor; 2010; 9780470197585 | 40,000; 1/4 page; World; Eng.; e-book & web uses included and count toward 40,000 print run; New |