# EXHIBIT B

| | | Image | Owner / Description | Image ID/Registration Info. | Invoice | Imprint | Publication | License Limits |
|---|---|---|---|---|---|---|---|---|
| B | 1 | | David Wrobel<br>*Nutrition label* | Image ID: 138053<br>Registration. Cert. No.:<br>Pending<br>Date of Reg.: | Invoice No.<br>2365<br>Dated<br>12/9/2002 | John Wiley & Sons, Inc. | Basic Concepts in Chemistry 7/e by Malone; 2003; 9780471215226 | 30,000; 1/4 page; World; Eng.; No electronic rights; New |
| B | 2 | | David Wrobel<br>*CU wire* | Image ID: 301279<br>Registration. Cert. No.:<br>Pending<br>Date of Reg.: | Invoice No.<br>31265<br>Dated<br>11/10/2004 | John Wiley & Sons, Inc. | Chemistry 4/e by Olmstead; 2004; 9780471478119 | 40,000; 1/4 page; World; Eng.; e-book uses included and count toward 40,000 print run; New |
| B | 3 | | David Wrobel<br>*skate* | Image ID: 304498<br>Registration. Cert. No.:<br>Pending<br>Date of Reg.: | Invoice No.<br>31465<br>Dated<br>2/2/2005 | John Wiley & Sons, Inc. | Biology: Understanding Life 1/e by Alters; 2005; 9780471433651 | 40,000; 1/4 page; World; Eng.; e-book & web uses included and count toward 40,000 print run (Inv. 31480 licensed IRCD for 148 image uses); New |
| B | 4 | | David Wrobel<br>*Turtle Grass a flowering plant, growing in its shallow Caribbean and Tropical Atlantic habitat. ,Tha* | Image ID: 304875<br>Registration. Cert. No.:<br>Pending<br>Date of Reg.: | Invoice No.<br>32305<br>Dated<br>8/29/2005 | John Wiley & Sons, Inc. | Environment 5/e by Raven; 2006; 9780471704386 | 40,000; 1/4 page; North America; Eng.; e-book & web uses included and count toward 40,000 print run; New |
| B | 5 | | David Wrobel<br>*Turtle Grass a flowering plant, growing in its shallow Caribbean and Tropical Atlantic habitat. ,Tha* | Image ID: 304875<br>Registration. Cert. No.:<br>Pending<br>Date of Reg.: | Invoice No.<br>33516<br>Dated<br>10/29/2006 | John Wiley & Sons, Inc. | Visualizing Environmental Science 1/e by Berg; 2007; 9780471697022 | 10,000; Spot; North America; Eng.; e-book & web uses included and count toward 10,000 reproduction limit; Image was used at 1/2 page. Page 271. |
| B | 6 | | David Wrobel<br>*Turtle Grass a flowering plant, growing in its shallow Caribbean and Tropical Atlantic habitat. ,Tha* | Image ID: 304875<br>Registration. Cert. No.:<br>Pending<br>Date of Reg.: | Invoice No.<br>33516<br>Dated<br>10/29/2006 | John Wiley & Sons, Inc. | Visualizing Environmental Science 1/e by Berg; 2007; 9780471697022 | 10,000; 1/4 page; North America; Eng.; e-book & web uses included and count toward 10,000 reproduction limit |
| B | 7 | | David Wrobel<br>*pacific tree frog* | Image ID: 4152427<br>Registration. Cert. No.:<br>Pending<br>Date of Reg.: | Invoice No.<br>31376<br>Dated<br>12/20/2004 | John Wiley & Sons, Inc. | Bioinquiry: Making Connections In Biology 3/e by Pruitt/Underwood; 2005; 9780471473213 | 15,000; 1/4 page; North America; Eng.; e-book & web uses included and count toward 15,000 print run (additional website uses licensed by invoice 31410 for 19 images); Reuse |
| B | 8 | | David Wrobel<br>*Snapping Shrimp (Alpheus clamator), California, USA.* | Image ID: 427336<br>Registration. Cert. No.:<br>VA 1-757-390<br>Date of Reg.:<br>1/13/2011 | Invoice No.<br>33646<br>Dated<br>12/7/2006 | John Wiley & Sons, Inc. | Fundamentals of Physics 8/e by Halliday; 2007; 9780471758013 | 100,000; Chapter Opener - 1/2 page; World; Eng.; e-book & web uses included and count toward 100,000 reproduction limit; New |