EXHIBIT C

| | Image | Owner / Description | Image ID/Registration Info. | Invoice | Imprint | Publication | License Limits |
|---|---|---|---|---|---|---|---|
| C 1 | | John Cunningham<br>*Neurons of the cerebral cortex showing the dendrites, cell bodies, and axons. LM X150.* | Image ID: 10006687<br>Registration. Cert. No.: Pending<br>Date of Reg.: | Invoice No. 31744<br>Dated 5/5/2005 | John Wiley & Sons, Inc. | Laboratory Manual for Anatomy and Physiology 2/e by Allen/Harper; 2005; 9780471691228 | 40,000; 1/4 page; North America; Eng.; e-book & web uses included and count toward 40,000 print run; New |
| C 2 | | John Cunningham<br>*Transverse section of the trachea and esophagus* | Image ID: 105199<br>Registration. Cert. No.: Pending<br>Date of Reg.: | Invoice No. 894<br>Dated 5/25/2001 | John Wiley & Sons, Inc. | Principles of Human Anatomy 9/e by Tortora; 2001 | 40,000; 1/4 page; North America; Eng.; Invoice 1255 licensed web rights for this title; New |
| C 3 | | John Cunningham<br>*Transverse section of the trachea and esophagus* | Image ID: 105199<br>Registration. Cert. No.: Pending<br>Date of Reg.: | Invoice No. 1748<br>Dated 4/24/2002 | John Wiley & Sons, Inc. | Principles of Anatomy & Physiology 10/e by Tortora; 2002; 9780471415015 | 100,000; 1/4 page; World; Eng.; Invoice 1751 licensed web use for this image; New |
| C 4 | | John Cunningham<br>*Transverse section of the trachea and esophagus* | Image ID: 105199<br>Registration. Cert. No.: Pending<br>Date of Reg.: | Invoice No. 1750<br>Dated 4/24/2002 | John Wiley & Sons, Inc. | Principles of Anatomy & Physiology Instructor's Resource CD 10/e by Tortora; 2002 | 2,500 CD Rom print run; World; Eng.; Reuse |
| C 5 | | John Cunningham<br>*Transverse section of the trachea and esophagus* | Image ID: 105199<br>Registration. Cert. No.: Pending<br>Date of Reg.: | Invoice No. 30729<br>Dated 5/25/2004 | John Wiley & Sons, Inc. | Principles of Human Anatomy 10/e Visuals Library (CD and Web) by Tortora; 2004 | 40,000 combined web use and CD Rom print run; 1/4 page; North America; One Language; Reuse |
| C 6 | | John Cunningham<br>*Transverse section of the trachea and esophagus* | Image ID: 105199<br>Registration. Cert. No.: Pending<br>Date of Reg.: | Invoice No. 30729<br>Dated 5/25/2004 | John Wiley & Sons, Inc. | Principles of Human Anatomy 10/e Visuals Library (CD and Web) by Tortora; 2004 | 40,000 combined web use and CD Rom print run; 1/4 page; North America; One Language; Reuse |
| C 7 | | John Cunningham<br>*Transverse section of the trachea and esophagus* | Image ID: 105199<br>Registration. Cert. No.: Pending<br>Date of Reg.: | Invoice No. 31411<br>Dated 12/30/2004 | John Wiley & Sons, Inc. | Principles of Anatomy and Physiology 11/e by Tortora; 2005; 9780471689348 | 100,000; 1/4 page; North America; Eng.; No electronic rights; Reuse |
| C 8 | | John Cunningham<br>*Transverse section of the trachea and esophagus* | Image ID: 105199<br>Registration. Cert. No.: Pending<br>Date of Reg.: | Invoice No. 31411<br>Dated 12/30/2004 | John Wiley & Sons, Inc. | Principles of Anatomy and Physiology 11/e by Tortora; 2005; 9780471689348 | 100,000; 1/4 page; North America; Eng.; No electronic rights; Reuse |

| | Image | Owner / Description | Image ID/Registration Info. | Invoice | Imprint | Publication | License Limits |
|---|---|---|---|---|---|---|---|
| C 9 | | John Cunningham<br>*Transverse section of the trachea and esophagus* | Image ID: 105199<br>Registration. Cert. No.: Pending<br>Date of Reg.: | Invoice No. 31412<br>Dated 12/31/2004 | John Wiley & Sons, Inc. | Anatomy and Physiology Visuals Library (CD and Web) 2/e by | 40,000 combined web use and CD Rom print run; 1/4 page; North America; One Language; Reuse |
| C 10 | | John Cunningham<br>*Transverse section of the trachea and esophagus* | Image ID: 105199<br>Registration. Cert. No.: Pending<br>Date of Reg.: | Invoice No. 31412<br>Dated 12/31/2004 | John Wiley & Sons, Inc. | Anatomy and Physiology Visuals Library (CD and Web) 2/e by | 40,000 combined web use and CD Rom print run; 1/4 page; North America; One Language; New |
| C 11 | | John Cunningham<br>*Transverse section of the trachea and esophagus* | Image ID: 105199<br>Registration. Cert. No.: Pending<br>Date of Reg.: | Invoice No. 32678<br>Dated 1/16/2006 | John Wiley & Sons, Inc. | Anatomy and Physiology: From Science to Life 1/e by Jenkins; 2006; 9780471613183 | 40,000; 1/4 page; World; Eng.; e-book & web uses included and count toward 40,000 print run; Reuse |
| C 12 | | John Cunningham<br>*Transverse section of the trachea and esophagus* | Image ID: 105199<br>Registration. Cert. No.: Pending<br>Date of Reg.: | Invoice No. 32678<br>Dated 1/16/2006 | John Wiley & Sons, Inc. | Anatomy and Physiology: From Science to Life 1/e by Jenkins; 2006; 9780471613183 | 40,000; 1/4 page; World; Eng.; e-book & web uses included and count toward 40,000 print run; New |
| C 13 | | John Cunningham<br>*Neutrophil (Magnification x710)* | Image ID: 302260<br>Registration. Cert. No.: Pending<br>Date of Reg.: | Invoice No. 894<br>Dated 5/25/2001 | John Wiley & Sons, Inc. | Principles of Human Anatomy 9/e by Tortora; 2001 | 40,000; 1/4 page; North America; Eng.; Invoice 1255 licensed web rights for this title; New |
| C 14 | | John Cunningham<br>*Neutrophil (Magnification x710)* | Image ID: 302260<br>Registration. Cert. No.: Pending<br>Date of Reg.: | Invoice No. 1748<br>Dated 4/24/2002 | John Wiley & Sons, Inc. | Principles of Anatomy & Physiology 10/e by Tortora; 2002; 9780471415015 | 100,000; 1/4 page; World; Eng.; Invoice 1751 licensed web use for this image; New |
| C 15 | | John Cunningham<br>*Neutrophil (Magnification x710)* | Image ID: 302260<br>Registration. Cert. No.: Pending<br>Date of Reg.: | Invoice No. 1750<br>Dated 4/24/2002 | John Wiley & Sons, Inc. | Principles of Anatomy & Physiology Instructor's Resource CD 10/e by Tortora; 2002 | 2,500 CD Rom print run; World; Eng.; Reuse |
| C 16 | | John Cunningham<br>*Neutrophil (Magnification x710)* | Image ID: 302260<br>Registration. Cert. No.: Pending<br>Date of Reg.: | Invoice No. 2675<br>Dated 4/1/2003 | John Wiley & Sons, Inc. | A Photographic Atlas of the Human Body: With Selected Cat, Sheep and Cow Dissections 2/e by Tortora; 2003; 9780471420644 | 30,000; 1/4 page; North America; Eng.; No electronic rights; New |

| | Image | Owner / Description | Image ID/Registration Info. | Invoice | Imprint | Publication | License Limits |
|---|---|---|---|---|---|---|---|
| C 17 | | John Cunningham<br>*Neutrophil (Magnification x710)* | Image ID: 302260<br>Registration. Cert. No.: Pending<br>Date of Reg.: | Invoice No. 2722<br>Dated 4/1/2003 | John Wiley & Sons, Inc. | A Photographic Atlas of the Human Body: With Selected Cat, Sheep and Cow Dissections CD-Rom 2/e by Tortora; 2003 | 1,500 CD Rom print run; 1/4 page; North America; Eng.; Reuse |
| C 18 | | John Cunningham<br>*Neutrophil (Magnification x710)* | Image ID: 302260<br>Registration. Cert. No.: Pending<br>Date of Reg.: | Invoice No. 2724<br>Dated 4/1/2003 | John Wiley & Sons, Inc. | Introduction to the Human Body Instructor's Resource CD-ROM 6/e by Tortora; 2004; 9780471420774 (print rights licensed by inv. 2723; website rights licensed by inv. 2725) | 1,500 CD Rom print run; 1/4 page; North America; Eng.; Reuse |
| C 19 | | John Cunningham<br>*Neutrophil (Magnification x710)* | Image ID: 302260<br>Registration. Cert. No.: Pending<br>Date of Reg.: | Invoice No. 2723<br>Dated 4/1/2003 | John Wiley & Sons, Inc. | Introduction to the Human Body: The Essentials of Anatomy and Physiology 6/e by Tortora; 2004; 9780471222798 (CD ROM rights licensed by inv. 2724; website rights licensed by inv. 2725) | 30,000; 1/4 page; North America; Eng.; No electronic rights; New |
| C 20 | | John Cunningham<br>*Neutrophil (Magnification x710)* | Image ID: 302260<br>Registration. Cert. No.: Pending<br>Date of Reg.: | Invoice No. 30729<br>Dated 5/25/2004 | John Wiley & Sons, Inc. | Principles of Human Anatomy 10/e Visuals Library (CD and Web) by Tortora; 2004 | 40,000 combined web use and CD Rom print run; 1/4 page; North America; One Language; Reuse |
| C 21 | | John Cunningham<br>*Finger tip entire LM* | Image ID: 308072<br>Registration. Cert. No.: Pending<br>Date of Reg.: | Invoice No. 30709<br>Dated 5/17/2004 | John Wiley & Sons, Inc. | Principles of Human Anatomy 10/e by Tortora; 2004; 9780471420811 | 40,000; 1/4 page; North America; Eng.; e-book uses included and count toward 40,000 print run; New |
| C 22 | | John Cunningham<br>*Cross section through spinal cord* | Image ID: 436744<br>Registration. Cert. No.: Pending<br>Date of Reg.: | Invoice No. 2041<br>Dated 7/24/2002 | John Wiley & Sons, Inc. | Laboratory Manual for Anatomy & Physiology 1/e by Allen/Harper | 15,000; 1/4 page; North America; Eng.; No electronic rights; New |
| C 23 | | John Cunningham<br>*Cross section through spinal cord* | Image ID: 436744<br>Registration. Cert. No.: Pending<br>Date of Reg.: | Invoice No. 30427<br>Dated 1/23/2004 | John Wiley & Sons, Inc. | Laboratory Manual for Human Anatomy 1/e by Allen/Harper; 2004; 9780471465157 | 15,000; 1/4 page; North America; One Language; No electronic rights; New |
| C 24 | | John Cunningham<br>*Cross section through spinal cord* | Image ID: 436744<br>Registration. Cert. No.: Pending<br>Date of Reg.: | Invoice No. 31744<br>Dated 5/5/2005 | John Wiley & Sons, Inc. | Laboratory Manual for Anatomy and Physiology 2/e by Allen/Harper; 2005; 9780471691228 | 40,000; 1/4 page; North America; Eng.; e-book & web uses included and count toward 40,000 print run; Reuse |

| | Image | Owner / Description | Image ID/Registration Info. | Invoice | Imprint | Publication | License Limits |
|---|---|---|---|---|---|---|---|
| C 25 | | John Cunningham<br>*Basophil (Magnification x710)* | Image ID: 85363<br>Registration. Cert. No.: Pending<br>Date of Reg.: | Invoice No. 894<br>Dated 5/25/2001 | John Wiley & Sons, Inc. | Principles of Human Anatomy 9/e by Tortora; 2001 | 40,000; 1/4 page; North America; Eng.; Invoice 1255 licensed web rights for this title; New |
| C 26 | | John Cunningham<br>*Basophil (Magnification x710)* | Image ID: 85363<br>Registration. Cert. No.: Pending<br>Date of Reg.: | Invoice No. 1748<br>Dated 4/24/2002 | John Wiley & Sons, Inc. | Principles of Anatomy & Physiology 10/e by Tortora; 2002; 9780471415015 | 100,000; 1/4 page; World; Eng.; No electronic rights; New |
| C 27 | | John Cunningham<br>*Basophil (Magnification x710)* | Image ID: 85363<br>Registration. Cert. No.: Pending<br>Date of Reg.: | Invoice No. 1750<br>Dated 4/24/2002 | John Wiley & Sons, Inc. | Principles of Anatomy & Physiology Instructor's Resource CD 10/e by Tortora; 2002 | 2,500 CD Rom print run; World; Eng.; Reuse |
| C 28 | | John Cunningham<br>*Basophil (Magnification x710)* | Image ID: 85363<br>Registration. Cert. No.: Pending<br>Date of Reg.: | Invoice No. 2041<br>Dated 7/24/2002 | John Wiley & Sons, Inc. | Laboratory Manual for Anatomy & Physiology 1/e by Allen/Harper | 15,000; 1/4 page; North America; Eng.; No electronic rights; New |
| C 29 | | John Cunningham<br>*Basophil (Magnification x710)* | Image ID: 85363<br>Registration. Cert. No.: Pending<br>Date of Reg.: | Invoice No. 2675<br>Dated 4/1/2003 | John Wiley & Sons, Inc. | A Photographic Atlas of the Human Body: With Selected Cat, Sheep and Cow Dissections 2/e by Tortora; 2003; 9780471420644 | 30,000; 1/4 page; North America; Eng.; No electronic rights; New |
| C 30 | | John Cunningham<br>*Basophil (Magnification x710)* | Image ID: 85363<br>Registration. Cert. No.: Pending<br>Date of Reg.: | Invoice No. 2722<br>Dated 4/1/2003 | John Wiley & Sons, Inc. | A Photographic Atlas of the Human Body: With Selected Cat, Sheep and Cow Dissections CD-Rom 2/e by Tortora; 2003 | 1,500 CD Rom print run; 1/4 page; North America; Eng.; Reuse |
| C 31 | | John Cunningham<br>*Basophil (Magnification x710)* | Image ID: 85363<br>Registration. Cert. No.: Pending<br>Date of Reg.: | Invoice No. 2724<br>Dated 4/1/2003 | John Wiley & Sons, Inc. | Introduction to the Human Body Instructor's Resource CD-ROM 6/e by Tortora; 2004; 9780471420774 (print rights licensed by inv. 2723; website rights licensed by inv. 2725) | 1,500 CD Rom print run; 1/4 page; North America; Eng.; Reuse |
| C 32 | | John Cunningham<br>*Basophil (Magnification x710)* | Image ID: 85363<br>Registration. Cert. No.: Pending<br>Date of Reg.: | Invoice No. 2723<br>Dated 4/1/2003 | John Wiley & Sons, Inc. | Introduction to the Human Body: The Essentials of Anatomy and Physiology 6/e by Tortora; 2004; 9780471222798 (CD ROM rights licensed by inv. 2724; website rights licensed by inv. 2725) | 30,000; 1/4 page; North America; Eng.; No electronic rights; New |

| | Image | Owner / Description | Image ID/Registration Info. | Invoice | Imprint | Publication | License Limits |
|---|---|---|---|---|---|---|---|
| C 33 | | John Cunningham<br>*Basophil (Magnification x710)* | Image ID: 85363<br>Registration. Cert. No.: Pending<br>Date of Reg.: | Invoice No. 2817<br>Dated 5/5/2003 | John Wiley & Sons, Inc. | Essentials of Anatomy and Physiology Laboratory Manual 1/e by Allen/Harper; 2004; 9780471465164 | 10,000; 1/4 page; North America; Eng.; No electronic rights; New |
| C 34 | | John Cunningham<br>*Basophil (Magnification x710)* | Image ID: 85363<br>Registration. Cert. No.: Pending<br>Date of Reg.: | Invoice No. 30427<br>Dated 1/23/2004 | John Wiley & Sons, Inc. | Laboratory Manual for Human Anatomy 1/e by Allen/Harper; 2004; 9780471465157 | 15,000; 1/4 page; North America; One Language; No electronic rights; New |
| C 35 | | John Cunningham<br>*Basophil (Magnification x710)* | Image ID: 85363<br>Registration. Cert. No.: Pending<br>Date of Reg.: | Invoice No. 30729<br>Dated 5/25/2004 | John Wiley & Sons, Inc. | Principles of Human Anatomy 10/e Visuals Library (CD and Web) by Tortora; 2004 | 40,000 combined web use and CD Rom print run; 1/4 page; North America; One Language; Reuse |
| C 36 | | John Cunningham<br>*Basophil (Magnification x710)* | Image ID: 85363<br>Registration. Cert. No.: Pending<br>Date of Reg.: | Invoice No. 31744<br>Dated 5/5/2005 | John Wiley & Sons, Inc. | Laboratory Manual for Anatomy and Physiology 2/e by Allen/Harper; 2005; 9780471691228 | 40,000; 1/4 page; North America; Eng.; e-book & web uses included and count toward 40,000 print run; Reuse |
| C 37 | | John Cunningham<br>*Eosinophil (Magnification x710)* | Image ID: 98002<br>Registration. Cert. No.: Pending<br>Date of Reg.: | Invoice No. 894<br>Dated 5/25/2001 | John Wiley & Sons, Inc. | Principles of Human Anatomy 9/e by Tortora; 2001 | 40,000; 1/4 page; North America; Eng.; Invoice 1255 licensed web rights for this title; New |
| C 38 | | John Cunningham<br>*Eosinophil (Magnification x710)* | Image ID: 98002<br>Registration. Cert. No.: Pending<br>Date of Reg.: | Invoice No. 1748<br>Dated 4/24/2002 | John Wiley & Sons, Inc. | Principles of Anatomy & Physiology 10/e by Tortora; 2002; 9780471415015 | 100,000; 1/4 page; World; Eng.; No electronic rights; New |
| C 39 | | John Cunningham<br>*Eosinophil (Magnification x710)* | Image ID: 98002<br>Registration. Cert. No.: Pending<br>Date of Reg.: | Invoice No. 1750<br>Dated 4/24/2002 | John Wiley & Sons, Inc. | Principles of Anatomy & Physiology Instructor's Resource CD 10/e by Tortora; 2002 | 2,500 CD Rom print run; World; Eng.; Reuse |
| C 40 | | John Cunningham<br>*Eosinophil (Magnification x710)* | Image ID: 98002<br>Registration. Cert. No.: Pending<br>Date of Reg.: | Invoice No. 2675<br>Dated 4/1/2003 | John Wiley & Sons, Inc. | A Photographic Atlas of the Human Body: With Selected Cat, Sheep and Cow Dissections 2/e by Tortora; 2003; 9780471420644 | 30,000; 1/4 page; North America; Eng.; No electronic rights; New |

| | Image | Owner / Description | Image ID/Registration Info. | Invoice | Imprint | Publication | License Limits |
|---|---|---|---|---|---|---|---|
| C 41 | | John Cunningham *Eosinophil (Magnification x710)* | Image ID: 98002; Registration. Cert. No.: Pending; Date of Reg.: | Invoice No. 2722; Dated 4/1/2003 | John Wiley & Sons, Inc. | A Photographic Atlas of the Human Body: With Selected Cat, Sheep and Cow Dissections CD-Rom 2/e by Tortora; 2003 | 1,500 CD Rom print run; 1/4 page; North America; Eng.; Reuse |
| C 42 | | John Cunningham *Eosinophil (Magnification x710)* | Image ID: 98002; Registration. Cert. No.: Pending; Date of Reg.: | Invoice No. 2724; Dated 4/1/2003 | John Wiley & Sons, Inc. | Introduction to the Human Body Instructor's Resource CD-ROM 6/e by Tortora; 2004; 9780471420774 (print rights licensed by inv. 2723; website rights licensed by inv. 2725) | 1,500 CD Rom print run; 1/4 page; North America; Eng.; Reuse |
| C 43 | | John Cunningham *Eosinophil (Magnification x710)* | Image ID: 98002; Registration. Cert. No.: Pending; Date of Reg.: | Invoice No. 2723; Dated 4/1/2003 | John Wiley & Sons, Inc. | Introduction to the Human Body: The Essentials of Anatomy and Physiology 6/e by Tortora; 2004; 9780471222798 (CD ROM rights licensed by inv. 2724; website rights licensed by inv. 2725) | 30,000; 1/4 page; North America; Eng.; No electronic rights; New |
| C 44 | | John Cunningham *Eosinophil (Magnification x710)* | Image ID: 98002; Registration. Cert. No.: Pending; Date of Reg.: | Invoice No. 30729; Dated 5/25/2004 | John Wiley & Sons, Inc. | Principles of Human Anatomy 10/e Visuals Library (CD and Web) by Tortora; 2004 | 40,000 combined web use and CD Rom print run; 1/4 page; North America; One Language; Reuse |
| C 45 | | John Cunningham *Monocyte (Magnification x710)* | Image ID: 98012; Registration. Cert. No.: Pending; Date of Reg.: | Invoice No. 1102; Dated 8/20/2001 | John Wiley & Sons, Inc. | Principles of Human Anatomy 9/e by Tortora; 2001 | 40,000; 1/4 page; North America; Eng.; No electronic rights; New |
| C 46 | | John Cunningham *Monocyte (Magnification x710)* | Image ID: 98012; Registration. Cert. No.: Pending; Date of Reg.: | Invoice No. 1748; Dated 4/24/2002 | John Wiley & Sons, Inc. | Principles of Anatomy & Physiology 10/e by Tortora; 2002; 9780471415015 | 100,000; 1/4 page; World; Eng.; Invoice 1751 licensed web use for this image; Reuse |
| C 47 | | John Cunningham *Monocyte (Magnification x710)* | Image ID: 98012; Registration. Cert. No.: Pending; Date of Reg.: | Invoice No. 1750; Dated 4/24/2002 | John Wiley & Sons, Inc. | Principles of Anatomy & Physiology Instructor's Resource CD 10/e by Tortora; 2002 | 2,500 CD Rom print run; World; Eng.; Reuse |
| C 48 | | John Cunningham *Monocyte (Magnification x710)* | Image ID: 98012; Registration. Cert. No.: Pending; Date of Reg.: | Invoice No. 2041; Dated 7/24/2002 | John Wiley & Sons, Inc. | Laboratory Manual for Anatomy & Physiology 1/e by Allen/Harper | 15,000; 1/4 page; North America; Eng.; No electronic rights; New |

| | Image | Owner / Description | Image ID/Registration Info. | Invoice | Imprint | Publication | License Limits |
|---|---|---|---|---|---|---|---|
| C 49 | | John Cunningham<br>*Monocyte (Magnification x710)* | Image ID: 98012<br>Registration. Cert. No.: Pending<br>Date of Reg.: | Invoice No. 2675<br>Dated 4/1/2003 | John Wiley & Sons, Inc. | A Photographic Atlas of the Human Body: With Selected Cat, Sheep and Cow Dissections 2/e by Tortora; 2003; 9780471420644 | 30,000; 1/4 page; North America; Eng.; No electronic rights; New |
| C 50 | | John Cunningham<br>*Monocyte (Magnification x710)* | Image ID: 98012<br>Registration. Cert. No.: Pending<br>Date of Reg.: | Invoice No. 2722<br>Dated 4/1/2003 | John Wiley & Sons, Inc. | A Photographic Atlas of the Human Body: With Selected Cat, Sheep and Cow Dissections CD-Rom 2/e by Tortora; 2003 | 1,500 CD Rom print run; 1/4 page; North America; Eng.; Reuse |
| C 51 | | John Cunningham<br>*Monocyte (Magnification x710)* | Image ID: 98012<br>Registration. Cert. No.: Pending<br>Date of Reg.: | Invoice No. 2724<br>Dated 4/1/2003 | John Wiley & Sons, Inc. | Introduction to the Human Body Instructor's Resource CD-ROM 6/e by Tortora; 2004; 9780471420774 (print rights licensed by inv. 2723; website rights licensed by inv. 2725) | 1,500 CD Rom print run; 1/4 page; North America; Eng.; Reuse |
| C 52 | | John Cunningham<br>*Monocyte (Magnification x710)* | Image ID: 98012<br>Registration. Cert. No.: Pending<br>Date of Reg.: | Invoice No. 2723<br>Dated 4/1/2003 | John Wiley & Sons, Inc. | Introduction to the Human Body: The Essentials of Anatomy and Physiology 6/e by Tortora; 2004; 9780471222798 (CD ROM rights licensed by inv. 2724; website rights licensed by inv. 2725) | 30,000; 1/4 page; North America; Eng.; No electronic rights; New |
| C 53 | | John Cunningham<br>*Monocyte (Magnification x710)* | Image ID: 98012<br>Registration. Cert. No.: Pending<br>Date of Reg.: | Invoice No. 2817<br>Dated 5/5/2003 | John Wiley & Sons, Inc. | Essentials of Anatomy and Physiology Laboratory Manual 1/e by Allen/Harper; 2004; 9780471465164 | 10,000; 1/4 page; North America; Eng.; No electronic rights; New |
| C 54 | | John Cunningham<br>*Monocyte (Magnification x710)* | Image ID: 98012<br>Registration. Cert. No.: Pending<br>Date of Reg.: | Invoice No. 30427<br>Dated 1/23/2004 | John Wiley & Sons, Inc. | Laboratory Manual for Human Anatomy 1/e by Allen/Harper; 2004; 9780471465157 | 15,000; 1/4 page; North America; One Language; No electronic rights; New |
| C 55 | | John Cunningham<br>*Monocyte (Magnification x710)* | Image ID: 98012<br>Registration. Cert. No.: Pending<br>Date of Reg.: | Invoice No. 30729<br>Dated 5/25/2004 | John Wiley & Sons, Inc. | Principles of Human Anatomy 10/e Visuals Library (CD and Web) by Tortora; 2004 | 40,000 combined web use and CD Rom print run; 1/4 page; North America; One Language; Reuse |
| C 56 | | John Cunningham<br>*Monocyte (Magnification x710)* | Image ID: 98012<br>Registration. Cert. No.: Pending<br>Date of Reg.: | Invoice No. 31744<br>Dated 5/5/2005 | John Wiley & Sons, Inc. | Laboratory Manual for Anatomy and Physiology 2/e by Allen/Harper; 2005; 9780471691228 | 40,000; 1/4 page; North America; Eng.; e-book & web uses included and count toward 40,000 print run; Reuse |

| | Image | Owner / Description | Image ID/Registration Info. | Invoice | Imprint | Publication | License Limits |
|---|---|---|---|---|---|---|---|
| C 57 | | John Cunningham  *Histology of spiral organ* | Image ID: 98213  Registration. Cert. No.:  Pending  Date of Reg.: | Invoice No. 30729  Dated 5/25/2004 | John Wiley & Sons, Inc. | Principles of Human Anatomy 10/e Visuals Library (CD and Web) by Tortora; 2004 | 40,000 combined web use and CD Rom print run; 1/4 page; North America; One Language; Reuse |
| C 58 | | John Cunningham  *Histology of spiral organ (organ of Corti)* | Image ID: 98215  Registration. Cert. No.:  Pending  Date of Reg.: | Invoice No. 894  Dated 5/25/2001 | John Wiley & Sons, Inc. | Principles of Human Anatomy 9/e by Tortora; 2001 | 40,000; 1/4 page; North America; Eng.; Invoice 1255 licensed web rights for this title; New |
| C 59 | | John Cunningham  *Portion of endometrium and myometrium* | Image ID: 99832  Registration. Cert. No.:  Pending  Date of Reg.: | Invoice No. 2675  Dated 4/1/2003 | John Wiley & Sons, Inc. | A Photographic Atlas of the Human Body: With Selected Cat, Sheep and Cow Dissections 2/e by Tortora; 2003; 9780471420644 | 30,000; 1/4 page; North America; Eng.; No electronic rights; New |
| C 60 | | John Cunningham  *Portion of endometrium and myometrium* | Image ID: 99832  Registration. Cert. No.:  Pending  Date of Reg.: | Invoice No. 2722  Dated 4/1/2003 | John Wiley & Sons, Inc. | A Photographic Atlas of the Human Body: With Selected Cat, Sheep and Cow Dissections CD-Rom 2/e by Tortora; 2003 | 1,500 CD Rom print run; 1/4 page; North America; Eng.; Reuse |
| C 61 | | John Cunningham  *Portion of endometrium and myometrium* | Image ID: 99832  Registration. Cert. No.:  Pending  Date of Reg.: | Invoice No. 30427  Dated 1/23/2004 | John Wiley & Sons, Inc. | Laboratory Manual for Human Anatomy 1/e by Allen/Harper; 2004; 9780471465157 | 15,000; 1/4 page; North America; One Language; No electronic rights; New |
| C 62 | | John Cunningham  *Portion of endometrium and myometrium* | Image ID: 99832  Registration. Cert. No.:  Pending  Date of Reg.: | Invoice No. 30729  Dated 5/25/2004 | John Wiley & Sons, Inc. | Principles of Human Anatomy 10/e Visuals Library (CD and Web) by Tortora; 2004 | 40,000 combined web use and CD Rom print run; 1/4 page; North America; One Language; Reuse |
| C 63 | | John Cunningham  *Portion of endometrium and myometrium* | Image ID: 99832  Registration. Cert. No.:  Pending  Date of Reg.: | Invoice No. 31412  Dated 12/31/2004 | John Wiley & Sons, Inc. | Anatomy and Physiology Visuals Library (CD and Web) 2/e by | 40,000 combined web use and CD Rom print run; 1/4 page; North America; One Language; New |
| C 64 | | John Cunningham  *Portion of endometrium and myometrium* | Image ID: 99832  Registration. Cert. No.:  Pending  Date of Reg.: | Invoice No. 31744  Dated 5/5/2005 | John Wiley & Sons, Inc. | Laboratory Manual for Anatomy and Physiology 2/e by Allen/Harper; 2005; 9780471691228 | 40,000; 1/4 page; North America; Eng.; e-book & web uses included and count toward 40,000 print run; Reuse |