EXHIBIT D

| | Image | Owner / Description | Image ID/Registration Info. | Invoice | Imprint | Publication | License Limits |
|---|---|---|---|---|---|---|---|
| D 1 | | Stephen Babbitt  *Thyroid* | Image ID: 902139  Registration. Cert. No.: TX 233-884  Date of Reg.: 4/26/1979 | Invoice No. 30709  Dated 5/17/2004 | John Wiley & Sons, Inc. | Principles of Human Anatomy 10/e by Tortora; 2004; 9780471420811 | 40,000; 1/4 page; North America; Eng.; e-book uses included and count toward 40,000 print run; New |
| D 2 | | Stephen Babbitt  *Histology of vallate papilla of the tongue *on page credit required** | Image ID: 10001196  Registration. Cert. No.: TX 233-884  Date of Reg.: 4/26/1979 | Invoice No. 30729  Dated 5/25/2004 | John Wiley & Sons, Inc. | Principles of Human Anatomy 10/e Visuals Library (CD and Web) by Tortora; 2004 | 40,000 combined web use and CD Rom print run; 1/4 page; North America; One Language; Reuse |
| D 3 | | Stephen Babbitt  *Scanning electron micrograph showing cilia lining the epithelial surface of a human bronchial tube* | Image ID: 4152442  Registration. Cert. No.: TX 233-884  Date of Reg.: 4/26/1979 | Invoice No. 31370  Dated 12/20/2004 | John Wiley & Sons, Inc. | Fundamentals of Biochemistry 2/e by Voet; 2004; 9780471214953 | 40,000; 1/4 page; World; Eng.; e-book & web uses included and count toward 40,000 print run (IRCD licensed by invoice 31375); Reuse |
| D 4 | | Stephen Babbitt  *Renal epithelial cells in a collecting tubule of the kidney. **On page credit required**. - SEM* | Image ID: 402937  Registration. Cert. No.: TX 233-884  Date of Reg.: 4/26/1979 | Invoice No. 33527  Dated 11/6/2006 | John Wiley & Sons, Inc. | Cell and Molecular Biology: Concepts and Experiments 5/e by Karp; 2007; 9780470042175 | 40,000; 1/4 page; World; Eng.; e-book & web uses included and count toward 40,000 print run; Reuse |